481 A.2d 318

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellant,

v.

Harold L. MITCHELL, individually, Mark G. Shultz, individually, Edward A. Cummins, individually, and Harold L. Mitchell, Mark G. Shultz and Edward A. Cummins, t/a Cummins Construction Company and/or Appalachian Pipeline, Inc.

Supreme Court of Pennsylvania.

Argued Sept. 12, 1984.

Decided Sept. 24, 1984.

Michael J. McCaney, Jr., Asst. Counsel, Dept. of Transp., Harrisburg, for appellant.

George Retos, Jr., Washington, for Mark G. Shultz and Appalachian Pipeline, Inc.

Robert M. Keener, Sayers, King, Keener & Nalitz, Waynesburg, for Harold L. Mitchell.

502

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-
MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.